THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RANDALL WHITE,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF BELLEVUE, et al.,<br><br>        Defendants. | CASE NO. C12-0902-JCC<br><br>ORDER DISMISSING CLAIMS |

This matter comes before the Court on the Report and Recommendation of Brian A. Tsuchida, United States Magistrate Judge (Dkt. No. 6). The Court, having reviewed the Report and Recommendation and the balance of the record, does hereby find and ORDER:

(1)   The Report and Recommendation is ADOPTED;

(2)   Plaintiff's § 1983 claims are barred under *Heck v. Humphrey* and are DISMISSED without prejudice;

(3)   Plaintiff's application to proceed *in forma pauperis* (Dkt. No. 5) is STRICKEN as moot; and

(4)   The Clerk is directed to send a copy of this Order to Plaintiff and to Judge Tsuchida.

1    DATED this 29th day of August 2012.

2

3

4

5

6

7                                            John C. Coughenour
8                                            UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER DISMISSING CLAIMS
PAGE - 2